**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAM TECH SOLUTIONS, INC. | ) | |
| | ) | CASE NO: 23-53167 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME FOR FILING
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Bam Tech Solutions, Inc, (the "**Debtor**") files this Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") and in support thereof, respectfully represents:

1. Debtor filed its petition for relief under Chapter 7, Title 11, of the United States Code on April 3, 2023 (the "**Petition Date**").

2. Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c), the debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen days of the Petition Date. The deadline expires on April 17, 2023.

3. The Debtor requests an extension of 14 days within which to file its Schedules and Statement of Financial Affairs.

4. This is Debtor's first request for an extension, and Debtor believes that additional extensions will not be required. The § 341 Meeting of Creditors has been scheduled for May 9, 2023.

WHEREFORE, the Debtor respectfully requests this Court:

(a)      enter an order, substantially in the form attached hereto as **Exhibit A**;

(b)      grant the requested extension through and including May 1, 2023; and

(c)      grant such other and further relief as the Court deems just and reasonable.

Dated: April 17, 2023      **ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Will Geer*
Will Geer, GA Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Tel. 404-584-1238
wgeer@rlkglaw.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAM TECH SOLUTIONS, INC. | ) | |
| | ) | CASE NO: 23-53167 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served copy of the foregoing **Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs** via by filing same with the court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

- **S. Gregory Hays**   ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov

Dated:  April 17, 2023

ROUNTREE LEITMAN KLEIN & GEER, LLC

*/s/Will Geer*
Will Geer, GA Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
wgeer@rlkglaw.com
Tel. 404-584-1238

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAM TECH SOLUTIONS, INC. | ) | |
| | ) | CASE NO: 23-53167 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME**
**FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. _] filed on April 17, 2023. It appears to the Court that a Chapter 7 case was commenced by the filing of a voluntary petition on April 3, 2023, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on April 17, 2023; and that Debtor seeks an extension of time in which to file its Schedules and Statement of Financial Affairs through and including May 1, 2023; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its schedules and Statement of Financial Affairs is hereby extended through and including May 1, 2023.

<u>**[END OF DOCUMENT]**</u>

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

<u>/s/ Will Geer</u>
Will Geer, GA Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Tel. 404-584-1238
wgeer@rlkglaw.com
*Attorneys for Debtor*

<u>DISTRIBUTION LIST</u>

Will Geer
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd., Suite 350
Atlanta, GA 30329

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305