

**IT IS ORDERED as set forth below:**

**Date: May 8, 2023**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7** |
| | ) | |
| **BAM TECH SOLUTIONS, INC.** | ) | |
| | ) | **CASE NO: 23-53167** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**ORDER GRANTING DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME
FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Second Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. 10] filed on May 1, 2023. It appears to the Court that a Chapter 7 case was commenced by the filing of a voluntary petition on April 3, 2023, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expired

on April 17, 2023; and that Debtor previously obtained an extension of time in which to file its Schedules and Statement of Financial Affairs through and including May 1, 2023; and that the Debtor seeks and additional extension of time in which to file its Schedules and Statement of Financial Affairs through and including May 5, 2023; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its schedules and Statement of Financial Affairs is hereby extended through and including May 5, 2023.

### [END OF DOCUMENT]

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Will Geer*
Will Geer, GA Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Tel. 404-584-1238
wgeer@rlkglaw.com
*Attorneys for Debtor*

DISTRIBUTION LIST

Will Geer
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd., Suite 350
Atlanta, GA 30329

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305